O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7638 AHM (JWJx) | Date | May 7, 2008 |
|---|---|---|---|
| Title | TEXTILE SECRETS INTERNATIONAL, INC., *et al.* v. FOREVER 21 RETAIL, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    According to counsel for Plaintiff, Defendants failed to appear for a settlement conference scheduled for November 26, 2008 [sic; the Court construes that to mean "2007"] and failed to comply with the Court's order setting a scheduling conference, resulting in the vacating of a settlement conference scheduled for March 31, 2008.

    Counsel for Defendants are ORDERED to file a declaration responding to these allegations, by not later than May 12, 2008.

                                                                                                                    :

                                                                    Initials of Preparer          SMO